**Order entered September 13, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00553-CV

**DANIEL SMITH/ALL OCCUPANTS, Appellant**

**V.**

**HP TEXAS LLC DBA HPA TX LLC, Appellee**

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-00830-2016**

## ORDER

Based on the Court's opinion of this date dismissing this appeal, we **DENY AS MOOT** County Clerk Stacey Kemp's request for an extension of time to file the Clerk's Record in this case.

/s/     ELIZABETH LANG-MIERS
           JUSTICE